STATE of Missouri,
Plaintiff/Respondent,

v.

Steven J. STAFFORD,
Defendant/Appellant.

No. ED 99866.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 19, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 22, 2014.

Application for Transfer Denied Nov. 25, 2014.

Amanda Faerber, St. Louis, MO, for Appellant.

Karen Kramer, Jefferson City, MO, for Respondent.

Before LISA S. VAN AMBURG, P.J., PATRICIA L. COHEN, J., and PHILIP M. HESS, J.

1. All statutory references are to R.S.Mo.,

*ORDER*

PER CURIAM.

Steven Stafford ("Defendant") appeals the trial court's entry of judgment of conviction after a jury found him guilty of one count of first-degree murder, section 565.020, two counts of armed criminal action, section 571.015, and one count of first degree assault, section 565.050.[1]

We have reviewed the briefs of the parties and the record on appeal. We find the claims of error to be without merit. An opinion reciting the facts in detail and restating principles of law would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

The judgment is affirmed pursuant to Missouri Supreme Court Rule 30.25.

